UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEFA TRADING & INDUSTRIES LTD.,

      Plaintiff,

vs.

KEFA U.S.A. INDUSTRIES, et al.,

      Defendants.
_____/

Civil Action No.
04-CV-547

HON. BERNARD A. FRIEDMAN

## ORDER REQUIRING DEFENDANTS TO COOPERATE WITH AUDIT

On August 22, 2006, it came to the court's attention that defendants have not complied with the court's order of April 4, 2006, requiring the parties to share the costs of an audit of the defendant corporations. For the reasons stated during a telephonic hearing on this matter,

IT IS ORDERED that defendants pay the auditor 50% of the retainer for the audit ($4,500) by the close of business on Friday, August 25, 2006. If defendants fail to do so, the court will enter a default judgment against them in the full amount prayed for in the complaint.

Dated: August 22, 2006

_____s/ Bernard A. Friedman_____
BERNARD A. FRIEDMAN
CHIEF UNITED STATES DISTRICT JUDGE
SITTING BY SPECIAL DESIGNATION